

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RONNIE FLORES, | § | No. 08-20-00154-CV |
| Appellant, | § | Appeal from the |
| v. | § | 419th District Court |
| HULL ASSOCIATES NORTH, LP AND HULL ASSOCIATES, LLC, | § | of Travis County, Texas |
| Appellees. | § | (TC # D-1-GN-20-002933) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the summary judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *See* TEX.R.APP.P. 43.5, on the judgment and all costs of this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.